THE EMPIRE STATE SAVINGS BANK OF BUFFALO, Respondent, *v.* DANIEL C. BEARD et al., Appellants.

*Empire State Savings Bank v. Beard*, 81 Hun, 184, reversed.
(Argued November 30, 1896; decided December 15, 1896.)

APPEALS, by certification, from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered October 31, 1894, which affirmed an interlocutory judgment overruling demurrers to the complaint.

*John G. Milburn* for Charles Berrick, appellant.

*Herbert P. Bissell* for Russell H. Potter, appellant.

*George J. Sicard* for Daniel C. Beard and Henry H. Otis, appellants.

*Frank C. Ferguson* for Peter J. Ferris, appellant.

*Charles Daniels, Charles H. Daniels* and *George A. Lewis* for respondent.

Judgment reversed and demurrer sustained, with costs, on the authority of *O'Brien* v. *Fitzgerald* (150 N. Y. 572), with leave to plaintiff to amend within twenty days, on payment of the costs of the demurrer and of the appeals; no opinion.

All concur, except HAIGHT, J., not sitting.